IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

WALTER MADISON,

        Plaintiff,

v.                                                                     Civil Action No. 3:22cv399

FORD, *et al.*,

        Defendants.

### MEMORANDUM OPINION

By Memorandum Order entered on June 8, 2022, the Court conditionally docketed Plaintiff's action. At that time, the Court warned Plaintiff that he must keep the Court informed as to his current address if relocated or if he was released. On October 13, 2022, the United States Postal Service returned a Memorandum Order entered on October 4, 2022 to the Court marked, "RETURN TO SENDER" and "Released." Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Final Order shall accompany this Memorandum Opinion.

Date: 11/1/2022
Richmond, Virginia

/s/ MHL
M. Hannah Lauck
United States District Judge